52 A.3d 1199

In re REGLAN/METROCLOPRAMIDE LITIGATION.

Paul D. Hassett

v.

Donald Dafoe, M.D., et al.

Petition of Teva Pharmaceuticals USA, Inc. and Pliva, Inc.

No. 52 EM 2012.

Supreme Court of Pennsylvania.

Aug. 22, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of August, 2012, the Petition for Permission to Appeal is **DENIED.**